David E. HENDERSON, Plaintiff—
Appellant,

v.

BUREAU OF ALCOHOL, FIREARMS,
TOBACCO & EXPLOSIVES; Bureau
of Immigration and Customs Enforce-
ment; Department of Homeland Secu-
rity; Judge Mulkasey, United States
Department of Justice; Robert Muel-
ler, Federal Bureau of Investigation,
Defendants—Appellees.

No. 08–2016.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 15, 2008.

David E. Henderson, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and
AGEE, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David E. Henderson appeals the district
court's order granting his request to pro-
ceed in forma pauperis but dismissing this
case as patently frivolous under 28 U.S.C.
§ 1915(e)(2)(B) (2000). We have reviewed
the record and find that this appeal is
frivolous. Accordingly, we dismiss the ap-
peal for the reasons stated by the district
court. *Henderson v. Bureau of Alcohol,
Firearms, Tobacco & Explosives,* No.
1:08–cv–01845–WDQ (D.Md. Aug. 29,
2008). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*